```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

**VARDRY RENARD WEBB**                          **PLAINTIFF/COUNTER-DEFENDANT**

VS.                                 CIVIL ACTION NO.: 3:04-CV-246BN

**SANDRA DENISE GIVAN WEBB,**
**CECIL G. WOODS**                        DEFENDANTS/COUNTER-CLAIMANT/
                                          CROSS-CLAIMANT/CROSS-DEFENDANT
                                                  THIRD-PARTY PLAINTIFF

VS.

**FRANKLIN D. RILEY**                                 THIRD-PARTY DEFENDANT


## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, without prejudice.

SO ORDERED this the 16th day of February, 2006.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

blj